IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JOYCE MOCK, <br><br> Plaintiff, <br><br> v. <br><br> C.R. BARD, INC.; BARD PERIPHERAL VASCULAR, INC.; and MCKESSON CORPORATION, <br><br> Defendants. | CIVIL ACTION NO.: 4:20-cv-207 |

**O R D E R**

Before the Court is a Stipulation to Dismiss All Claims Against McKesson Corporation Without Prejudice, which was signed and filed by counsel for Plaintiff as well as counsel for all Defendants on September 29, 2020.  (Doc. 35.)  In the filing, the parties stipulate to the dismissal of Defendant McKesson Corporation without prejudice.  (Id.)  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **DISMISSES** all claims against Defendant McKesson Corporation without prejudice and **DIRECTS** the Clerk of Court to update the docket accordingly.

**SO ORDERED**, this 7th day of October, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA