IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JOYCE MOCK, <br><br> Plaintiff, <br><br> v. <br><br> C.R. BARD, INCORPORATED; and BARD PERIPHERAL VASCULAR, INCORPORATED, <br><br> Defendants. | CIVIL ACTION NO.: 4:20-cv-207 |

**O R D E R**

Before the Court is the Joint Stipulation of Dismissal Without Prejudice filed on April 29, 2021, by all parties in the case. (Doc. 45.) The parties stipulate to the dismissal, without prejudice, of the entire case, with each party to bear its own costs. (Id.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **DISMISSES** this action without prejudice. The Clerk is hereby authorized and directed to **TERMINATE** all pending motions, (doc. 2; doc. 45), and **CLOSE** this case.

**SO ORDERED**, this 17th day of May, 2021.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA